# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

127992

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

NORTHWOODS DEVELOPMENT, LLC,
        Plaintiff-Appellant,

v

ROBERT E. FORSTYNER, KELLY S.
FORSTYNER, PORTAGE LAKE MARINA
ACQUISITION CORPORATION, and
JAMES MROZINSKI,
        Defendants-Appellees.

SC: 127992
COA: 247190
Manistee CC: 02-010725-CK

_____/

      On order of the Court, the application for leave to appeal the November 9, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

Clerk

p0919